UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

| | |
|---|---|
| PEGGY DURANT, an individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>BIG LOTS, INC.,<br><br>    Defendant. | Case No. 5:23-cv-00561-GAP-PRL |

## DEFENDANT BIG LOTS, INC.'S
## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 3.01(h), Defendant Big Lots, Inc. requests oral argument on its Motion for Attorney's Fees and Costs.

Defendant estimates the time required for oral argument to be approximately 15 minutes per side, for a total of 30 minutes.

///


///

Dated:  May 15, 2024						By: */s/ Jacob M. Harper*

						DAVIS WRIGHT TREMAINE LLP
						Jacob M. Harper (Lead Counsel)
						Heather Canner
						Joseph Elie-Meyers
						865 South Figueroa St
						Suite 2400
						Los Angeles, CA 90017
						Tel: (213) 633-6800
						jacobharper@dwt.com
						heathercanner@dwt.com
						josepheliemeyers@dwt.com

						*Attorneys for Defendant Big Lots, Inc.*

## Certificate of Service

I HEREBY CERTIFY that on May 15, 2024, the foregoing *DEFENDANT BIG LOTS, INC.'S REQUEST FOR ORAL ARGUMENT* was uploaded for filing and service via the Court's CM/ECF system which will serve an electronic notice of filing to all registered CM/ECF recipients.

By: */s/ Jacob M. Harper*
　　　Jacob M. Harper