# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

PEGGY DURANT and SPENCER SHEEHAN,

      Plaintiffs,

v.   Case No: 5:23-cv-561-GAP-PRL

BIG LOTS, INC.,

      Defendant

## ORDER

Upon consideration of William Wright's ("Mr. Wright's") Response, Doc. 47, to the Court's Show Cause Order, Doc. 44 at 22; and in light of the remedial measures taken by Mr. Wright, it is **ORDERED** that the Show Cause Order is hereby **DISCHARGED**.

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties