## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

PEGGY DURANT, individually and on
Behalf of all others similarly situated,

      Plaintiff,                        Case No.: 5:23-cv-00561-GAP-PRL

v.

BIG LOTS, INC.,

      Defendant.

_____/

## SPENCER SHEEHAN'S NOTICE OF APPEAL

NOTICE IS GIVEN that Spencer Sheehan appeals to the United States Court of Appeals for the Eleventh Circuit the Order of this Court rendered September 25, 2024 (Doc. 52) for which Judgment in a Civil Case was entered on September 27, 2024 (Doc. 53) pursuant to Federal Rule of Appellate Procedure Rule 3(a). The Order grants the Defendant's Supplemental Motion on Amount of Attorney's Fees and Costs (Doc. 46) making it a final order subject to appeal.

Respectfully submitted this 11th day of October, 2024.

                      **KAUFMAN DOLOWICH LLP**

                      */s/Abbye E. Alexander*
                      **ABBYE E. ALEXANDER, ESQ.**
                      Fla. Bar No.: 662348
                      aalexander@kaufmandolowich.com
                      **CHRISTOPHER E. BROWN, ESQ.**
                      Fla. Bar No.: 71568
                      cbrown@kaufmandolowich.com

301 E Pine Street, Suite 1150
Orlando, FL 32801
Tel: (407) 789-0244
Fax: (888) 502-6353
*Attorneys for Spencer Sheehan, Esq. with*
*respect to the Amount of Attorneys' Fees.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all parties on the Service List below or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

*/s/Abbye E. Alexander*
**Abbye E. Alexander, Esq.**
**Christopher E. Brown, Esq.**